# Supreme Court of the State of New York

## Part 94 · New York County

---

The People of the State of New York

**INDICTMENT: 0693-98**

-against-

MOTION FOR CPL §440.10(1)(g)

**Jon-Adrian Velazquez**

CALENDAR DATE: September 30, 2024

Defendant

---

**ORDERED** that upon the papers submitted, this motion is hereby

**GRANTED** ✓

**DENIED** _____

*on consent*
*Dism'sed*
*sealing stayed*
*Den'ng M7)*
*30*

Date: __PART 94 SEP 3 0 2024__   Hon. _____

**HON. ABRAHAM CLOTT**