AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| JON-ADRIAN VELAZQUEZ <br><br> *Plaintiff(s)* <br> v. <br> THE CITY OF NEW YORK, NEW YORK, a municipal entity, <br> See full list of defendants on Schedule A <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Joseph Litrenta
   142 Celler Avenue
   New Hyde Park, NY 11040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Karen A. Newirth
   Charles F. Linehan
   Newirth Linehan PLLC
   43 West 43rd Street, Suite 160
   New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   12/29/2025   /S/ V. BRAHIMI
   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                                                    _____
                                                                    *Server's signature*

                                                                    _____
                                                                    *Printed name and title*

                                                                    _____
                                                                    *Server's address*

Additional information regarding attempted service, etc:

## SCHEDULE A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- X

JON-ADRIAN VELAZQUEZ,

                                        Plaintiff,

    -against-

THE CITY OF NEW YORK, NEW YORK, a municipal entity; NYPD Detective JOSEPH LITRENTA; NYPD Lieutenant "JOHN" FALZARANO; NYPD Detective GLENN CARBONI; NYPD Detective JOEL POTTER; NYPD Detective ROBERT MOONEY; JACK ROE as Administrator of the Estate of Manhattan District Attorney Investigator GENARRO GIORGIO, JOHN and JANE DOEs #1-20, in their individual capacities.

                                        Defendants.

------------------------------------------------------------------- X

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| **JON-ADRIAN VELAZQUEZ** *Plaintiff* v. **THE CITY OF NEW YORK, NEW YORK, a municipal entity; NYPD Detective JOSEPH LITRENTA; NYPD Lieutenant "JOHN" FALZARANO; NYPD Detective GLENN CARBONI; NYPD Detective JOEL POTTER; NYPD Detective ROBERT MOONEY; JACK ROE as Administrator of the Estate of Manhattan District Attorney Investigator GENARRO GIORGIO; JOHN and JANE DOES #1-20** *Defendant* | Civil Action No. 1:25-cv-10699-LJL |

## AFFIDAVIT OF SERVICE

Roy Beierlein, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York. That on January 10, 2026, at 12:08 pm at 142 Celler Avenue, New Hyde Park, NY 11040, Deponent served the within Summons, Complaint with Exhibit(s), Civil Cover Sheet and Judge Lewis Liman's Individual Rules, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: NYPD Detective (Ret.) JOSEPH LITRENTA (hereinafter referred to as "subject") by personal service by handing the following documents to an individual identified as NYPD Detective (Ret.) JOSEPH LITRENTA. Proof Colorado, LLC mailed a copy of the documents via First Class Mail to 142 Celler Avenue, New Hyde Park, NY 11040 on January 10, 2026.

Additional Description:
Subject had gray and dark hair
My perception of the description of the individual served is as follows:
White Male, est. age 45-54, glasses: N, Other hair, 260 lbs to 280 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=40.7517499,-73.6884156997
Photograph: See Exhibit 1

Total Cost: $129.80

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

[✓] I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statutes.

Executed in

Nassau County,

NY on 1/13/2026.

/s/ *Roy Beierlein*

Signature
Server Name: Roy Beierlein
License#: NY PI License #11000207406

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA



Exhibit 1a)

