AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| JON-ADRIAN VELAZQUEZ | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. |
| THE CITY OF NEW YORK, NEW YORK, a municipal entity, See full list of defendants on Schedule A | ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Glenn Carboni
4 Uphill Drive
Olivebridge, NY 12461

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Karen A. Newirth
Charles F. Linehan
Newirth Linehan PLLC
43 West 43rd Street, Suite 160
New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:      12/29/2025                                            /S/ V. BRAHIMI

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

**SCHEDULE A**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- X

JON-ADRIAN VELAZQUEZ,

                                        Plaintiff,

        -against-

THE CITY OF NEW YORK, NEW YORK, a municipal entity; NYPD Detective JOSEPH LITRENTA; NYPD Lieutenant "JOHN" FALZARANO; NYPD Detective GLENN CARBONI; NYPD Detective JOEL POTTER; NYPD Detective ROBERT MOONEY; JACK ROE as Administrator of the Estate of Manhattan District Attorney Investigator GENARRO GIORGIO, JOHN and JANE DOEs #1-20, in their individual capacities.

                                        Defendants.

-------------------------------------------------------------------- X

# UNITED STATES DISTRICT COURT

for the
Southern District of New York

**JON-ADRIAN VELAZQUEZ**

*Plaintiff*

v.

**THE CITY OF NEW YORK, NEW YORK; NYPD
Detective JOSEPH LITRENTA; NYPD Lieutenant
"JOHN" FALZARANO; NYPD Detective GLENN
CARBONI; NYPD Detective JOEL POTTER; NYPD
Detective ROBERT MOONEY; JACK ROE as
Administrator of the Estate of Manhattan District
Attorney Investigator GENARRO GIORGIO; JOHN
and JANE DOEs #1-20**

*Defendant*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 25cv10699 (LJL)

## AFFIDAVIT OF SERVICE

Raed Ibrahim, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York.That on March 4, 2026, at 11:06 am at One Police Plaza, 110A, New York, NY 10038, Deponent served the within SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE, CIVIL COVER SHEET, COMPLAINT JURY TRIAL DEMANDED, MOTION FOR CPL §440.10(1)(2), INDIVIDUAL PRACTICES IN CIVIL CASES, CIVIL COVER SHEET, SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE, COMPLAINT JURY TRIAL DEMANDED, MOTION FOR CPL §440.10(1)(g), with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: NYPD Detective GLENN CARBONI (hereinafter referred to as "subject") by leaving the above documents with PA Craig who as Office Manager is authorized by appointment or by law to receive service of process for NYPD Detective GLENN CARBONI.
My perception of the description of the individual served is as follows:
Black or African American Female, est. age 25-34, glasses: Y, Black hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=40.712183175,-74.0014147267
Photograph: See Exhibit 1

Total Cost: $195.25

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

[✓] I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statutes.

Executed in

_Kings County_ ,

_NY_   on   _3/5/2026_ .

/s/ *Raed Ibrahim*

Signature
Server Name: Raed Ibrahim
License#: 1326602-DCA

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA



Exhibit 1a)