UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/01/2026
```

---------------------------------------------------------------------- X

          :

JON-ADRIAN VELAZQUEZ,    :

          :

          Plaintiff,    :    25-cv-10699 (LJL)

          :

      -v-     :    ORDER OF REFERENCE

          :

THE CITY OF NEW YORK, et al.,    :

          :

          Defendants.    :

          :

---------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

    This action is referred to the assigned Magistrate Judge for the following purpose:

___   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___   Specific Non-Dispositive Motion/Dispute: _____

___   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X__   Settlement

___   Inquest After Default/Damages Hearing

___   Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___   Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____

___   Habeas Corpus

___   Social Security

___   Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____

    The parties are directed to contact the chambers of Magistrate Judge Parker.

SO ORDERED.

Dated: June 1, 2026
      New York, New York         _____
                                   LEWIS J. LIMAN
                             United States District Judge