

200 Old Country Road, Suite 2 South, Mineola, NY 11501/Tel: (516)778-0375 /Fax: (516) 741-3223

.                                                        June 12, 2026

Hon. Lewis J. Liman
United States District Court Judge
Southern District of New York
VIA ECF                    Re: Jon-Adrian Velazquez v. City of New York, et al 25cv10699(LJL)
                              Maria Velazquez et al v. City of New York, et al  25cv10710(LJL)

Dear Judge Liman:

We write on behalf of Plaintiffs, by letter-motion pursuant to Fed. R. Civ. P. 4(m) and Local Civil Rule 7.1(e), to respectfully request a second 90-day extension of the deadline to serve Defendant Estate of Gennaro Giorgio  in the above actions. This is plaintiffs' second request for an extension of time to serve the Giorgio Estate. The current deadline is June 22, 2026, having been extended by the Court from March 24, 2026 (Docket Entry 30).

Our attempt to have a Public Administrator appointed to receive limited letters of administration has been delayed by  our inability to obtain a certified death certificate for Gennaro Giorgio. We filed a request for the certificate with the Scarsdale Village Clerk, having believed that Det Giorgio died  while living in Scarsdale. We were informed by the Scarsdale Village Clerk that there is no death certificate on file for him there and they advised us that his Scarsdale home address is actually within the legal confines of the Town of Greenburgh, NY. We then filed for a death certificate there only to find that Greenburgh had no record of his passing away there. This process alone took over a month to accomplish.

We then searched the Westchester Surrogate Court records and found that there was an Estate filed for Det. Giorgio's wife, Catherine Giorgio, who survived her husband. Her Estate's executor was Lisa Jocelyn, their sole child. We have now located Lisa Jocelyn and have asked her whether she  (a) opposes a Public Administrator; (b) has a copy of the death certificate; or (c) can tell us where Det. Giorgio passed away so we can obtain a death certificate. We have communicated with her twice in the past few weeks and are still awaiting a response to our requests. It may be necessary to issue a non-party subpoena to take questions of her if she does not cooperate.

We therefore ask for a further 90-day extension    until Monday September 21, 2026, to effectuate service. We have conferred with defendants, and they consent to the extension. Thank you for your attention in this matter.

Respectfully submitted,

s/Oscar Michelen

OSCAR MICHELEN