USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/09/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JON-ADRIAN VELAZQUEZ,

Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

Defendants.
---------------------------------------------------------------X

**SETTLEMENT CONFERENCE ORDER**

**25-CV-10699 (LJL)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter is scheduled for **Tuesday, November 17, 2026, at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **November 10, 2026, by 5:00 p.m.**

**SO ORDERED.**

Dated: September 9, 2026
New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge