USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

JON-ADRIAN VELAZQUEZ,

Plaintiff,

-v-

CITY OF NEW YORK, et al.,

Defendants.

---------------------------------------------------------------------X

25-cv-10699 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a conference in this matter on September 15, 2026. This Order memorializes the Court's rulings:

The parties are directed to serve their responses and objections to pending requests for productions of documents by October 23, 2026. The parties are directed to meet and confer thereafter to determine if there are any outstanding issues.

SO ORDERED.

Dated: September 16, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge